UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEATHER BARLOW, et al.,
                                Plaintiffs,         21 Civ. 2094 (LGS)

                -against-                           ORDER

CHRISTOPHER SKROUPA, et al.,
                               Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 10, 2021, Defendants filed a notice of removal, asserting that removal is proper because the Second Amended Complaint includes a newly pleaded cause of action arising under federal law – namely, a violation of the Fair Labor Standards Act.  Dkt. No. 1.

       WHEREAS, the Second Amended Complaint alleges a FLSA claim only with respect to Plaintiffs Maura Murphy and Marina Pushkina, who "were non-exempt employees hired to work 40 hour weeks."  Dkt. No. 1-1, 80/91.  It is hereby

       **ORDERED** that, by **March 17, 2021**, Plaintiffs and Defendants shall each file a letter, not to exceed five pages, addressing, and providing case law citations regarding, whether removal is proper in this instance, where the claim arising under federal law only pertains to two of the ten Plaintiffs.

Dated: March 12, 2021
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE