UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEATHER BARLOW, et al.,

                  Plaintiffs,                21 Civ. 2094 (LGS)

       -against-                        ORDER

CHRISTOPHER SKROUPA, et al.,

                  Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 30, 2021, the Court issued an Order remanding this action to the Supreme Court of the State of New York, New York County. Dkt. No. 26.

WHEREAS, on March 30, 2021, this case was closed.

WHEREAS, on June 29, 2021, Defendants filed a Notice of Removal. Dkt. No. 27. It is hereby

**ORDERED** that because this action was remanded and the case was closed, the Court does not have jurisdiction to address Defendants' Notice of Removal. To the extent Defendants believe it is appropriate to proceed in federal court they should open a new case in this Court and file a Notice of Removal in that case.

Dated: June 30, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE